COMMISSIONER OF INTERNAL REVENUE v. Rosalie Sturges CARPENTER.

No. 5457.

Circuit Court of Appeals, Seventh Circuit.

Feb. 15, 1935.

Frank J. Wideman, of Washington, D. C., for the Commissioner.

Fisher, Boyden, Bell, Boyd & Marshall, of Chicago, Ill., for Rosalie Sturges Carpenter.

Before EVANS, ALSCHULER, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, it is ordered by the court that this cause be docketed in this court, and on consideration

of the stipulation of counsel, filed herein, which provides that this appeal be dismissed, it is ordered and adjudged by this court that the petition for a review of the decision of the United States Board of Tax Appeals, entered in this cause on August 2, 1934, be, and the same is hereby, dismissed.